# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **CV 17-8134 FMO (MRWx)** | Date | **January 3, 2018** |
|---|---|---|---|
| Title | **Rebecca Castillo v. Ben Bridge-Jeweler, Inc.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**        **(In Chambers) Order to Show Cause Re:  Jurisdiction**

On November 7, 2017, this action was removed to this court pursuant to 28 U.S.C. § 1441 on the basis of diversity jurisdiction, 28 U.S.C. § 1332. (See Dkt. 1, Notice of Removal).  Plaintiff did not file a motion to remand. (See, generally, Dkt.).  However, in the parties' Joint Rule 26(f) Report (Dkt. 10, "Report"), filed on December 21, 2017, plaintiff disputes that defendant has shown that diversity jurisdiction exists. (See id. at 5).  Accordingly, IT IS ORDERED that:

1. No later than **January 8, 2018,** defendant shall show cause in writing why this action should not be remanded. **Failure to respond to the OSC by the deadline set forth above shall be deemed as consent to the remand of the action to state court.**

2. No later than **January 12, 2018**, plaintiff shall submit a response regarding the court's diversity jurisdiction.  Conclusory allegations that defendant has not meet its burden will not be sufficient.  Plaintiff's response shall be supported by relevant case law and other authority.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | VDR | | |