JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA CASTILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEN BRIDGE-JEWELER, INC., a Washington corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-08134 FMO (MRWx)<br><br>**ORDER ON STIPULATION [16] DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Rebecca Castillo ("Plaintiff") and Ben Bridge-Jeweler, Inc., the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear her or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 23, 2018

                                                /s/ Fernando M. Olguin
                                      UNITED STATES DISTRICT COURT JUDGE